1  GUY B. WALLACE (State Bar No. 176151)
   ELISA P. LAIRD (State Bar No. 225563)
2  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
3  San Francisco, California 94104
   Telephone: (415) 421-7100
4  Facsimile: (415) 421-7105
   TTY: (415) 421-1655
5

**FILED**

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6
7  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JOANNE JAULUS, as guardian ad litem of       No. CV 04-03992 (MHP)
12 DAVID JAULUS, on behalf of himself and all
   others similarly situated;                   CLASS ACTION
13
                  Plaintiffs,
14         vs.                                   STIPULATION AND [PROPOSED]
                                                 ORDER RE TRIAL SCHEDULE,
15                                               MEDIATION, AND CONTINUANCE OF
16 SAN RAFAEL CITY SCHOOLS ("SRCS" or            CASE MANAGEMENT CONFERENCE
   "the DISTRICT"); LAURA D.
17 ALVARENGA, in her official capacity as
   SUPERINTENDENT; JON LOBERG, in his
18 official capacity as PRESIDENT of the
   SCHOOL BOARD; JENNY CALLAWAY, in
19 her official capacity as VICE PRESIDENT of
20 the SCHOOL BOARD; NORMAN HERING,
   GREG KNELL, and NATU TUATAGALOA,
21 in their official capacities as members of the
   SCHOOL BOARD,
22
                  Defendants.
23
24
25
26
27
28
                                    -1-

SCHNEIDER
& WALLACE

*Jaulus, et al. v. San Rafael City Schools*, CV 04-03992 (MHP)
Stipulation & [Proposed] Order Re Trial Schedule, Mediation, and Continuation of Case Management Conference

Case 3:04-cv-03992-MHP   Document 24   Filed 08/03/05   Page 2 of 2

To: RelayFax via sort CQM4-03992-MHP    From: 9259748601 led 07/29/7098/2005 3:32:29 PM (Page 3 of 4)
07/29/2005  15:38    9259748601         STUBBS & LEONE                    PAGE  03/04

1  IT IS HEREBY STIPULATED by and between the parties that:

2     1. The dates governing discovery, motion practice, and trial shall be set as follows:

3         The trial date shall be set for December 4, 2006;

4         The non-expert discovery cut-off date shall be August 1, 2006;

5         The pre-trial conference shall be held fifteen days before the start of trial.

6  Further dates shall be set by the Court.

7

8     2. The parties will return to mediation with Judge Lynch in August 2005 on a date set by the
9  mediator at his discretion.

10

11     3. The Case Management Conference, currently scheduled for August 1, 2005, shall be
12  continued to a date agreed upon by the parties during the mediation on which this Court is
13  available, not to exceed 30 days from the date of the originally scheduled Case Management
14  Conference.

15

16  Dated: July 29, 2005               SCHNEIDER & WALLACE

17

18                                            ELISA P. LAIRD
19                                            Attorneys for Plaintiffs

20

21

22  Dated: July 29, 2005               STUBBS & LEONE

23

24                                            LOUIS A. LEONE
25                                            Attorneys for Defendants

26  IT IS SO ORDERED.

27
28  8/2/05

SCHNEIDER
& WALLACE

Jaulus, et al. v. San Rafael City Schools, CV 04-03992 (MHP)
Stipulation & [Proposed] Order Re Trial Schedule, Mediation, and Continuation of Case Management Conference