GUY B. WALLACE (State Bar No. 176151)
ELISA P. LAIRD (State Bar No. 225563)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TTY: (415) 421-1655

Attorneys for Plaintiffs

**FILED**

AUG 3 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE JAULUS, as guardian ad litem of DAVID JAULUS, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br>vs.<br><br>SAN RAFAEL CITY SCHOOLS ("SRCS" or "the DISTRICT"); LAURA D. ALVARENGA; in her official capacity as SUPERINTENDENT; JON LOBERG, in his official capacity as PRESIDENT of the SCHOOL BOARD; JENNY CALLAWAY, in her official capacity as VICE PRESIDENT of the SCHOOL BOARD; NORMAN HERING, GREG KNELL, and NATU TUATAGALOA, in their official capacities as members of the SCHOOL BOARD,<br><br>Defendants. | No. CV 04-03992 (MHP)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF TIME FOR PLAINTIFFS' REPLY BRIEF**<br><br>AS AMENDED BY COURT |

-1-

SCHNEIDER & WALLACE

*Jaulus, et al. v. San Rafael City Schools*, CV 04-03992 (MHP)
Stipulation & [Proposed] Order Re Extension of Time for Plaintiffs' Reply Brief

To: RelayFax via port COM4      From: 9259748601      8/29/2005 9:59:14 AM  (Page 3 of 3)
08/29/2005  10:07   9259748601          STUBBS & LEONE               PAGE  03/03
To: Louis A. Leone, Esq.        From: Schneider and Wallace   8/26/2005 4:49:36 PM  (Page 4 of 4)

1  WHEREAS Defendants submitted their Opposition to Plaintiffs' Motion for Leave to
2  Amend the Complaint on Friday, August 26, 2005; and,
3  WHEREAS Plaintiffs' reply papers are currently scheduled to be due Monday, August 29,
4  2005;
5  IT IS HEREBY STIPULATED by and between the parties that the current date by which
6  Plaintiffs must file their reply brief in Support of their Motion for Leave to Amend the Complaint
7  should be extended to Thursday, September 1, 2005. Plaintiffs require sufficient time to prepare
8  their reply papers. Accordingly, the parties stipulate to a short three day extension of the present
9  schedule for Plaintiffs to file their reply. The hearing before this Court will take place on
10 September 19, 2005 at 2:00 p.m., ~~which is unchanged from the Court's original schedule.~~

12 Dated: August 26, 2005               SCHNEIDER & WALLACE

                                        _____
                                        ELISA P. LAIRD
                                        Attorneys for Plaintiffs

18 Dated: August ___, 2005              STUBBS & LEONE

                                        _____
                                        LOUIS A. LEONE  PATRICIA J. PARKER
                                        Attorneys for Defendants

23    IT IS SO ORDERED.

26 DATED: 8/30/05                       _____
                                        HON. MARILYN H. PATEL
                                        United States District Judge

-2-

SCHNEIDER
& WALLACE

*Joshua, et al. v. San Rafael City Schools, CV 04-03992 (MHP)*
Stipulation & [Proposed] Order Re Extension of Time for Plaintiffs' Reply Brief