**FILED**

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Guy B. Wallace, State Bar No. 176151
2  Elisa P. Laird, State Bar No. 225563
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
4  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
5  TTY: (415) 421-1655

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13 DAVID JAULUS, by his guardian ad litem;      No. CV 04-03992 (MHP)
   and JOANNE JAULUS,
14
              Plaintiffs,                        [proposed] ORDER GRANTING
15                                               PLAINTIFFS' REQUEST FOR
   v.                                            ADDITIONAL TIME IN WHICH TO
16                                               FILE PROPOSED AMENDED
   SAN RAFAEL CITY SCHOOLS                       COMPLAINT
17 ("DISTRICT"); LAURA D. ALVARENGA,
   in her official capacity as
18 SUPERINTENDENT; et al.

19            Defendants.

20

-1-

SCHNEIDER & WALLACE

[proposed] Order Re Plaintiffs' Request For Additional Time For Filing of Amended Complaint
Jaulus v. San Rafael City Schools, No. CV 04-03992 (MHP)

1 | The Court, having considered Plaintiffs' request for additional time, and good cause
2 | appearing, hereby GRANTS Plaintiffs' Request for Additional Time. Plaintiffs shall file a
3 | proposed amended complaint in the above-captioned matter, or a separate action that may be related
4 | to the above-captioned matter, by no later than November 18, 2005. In the event that Plaintiffs
5 | choose to amend the above-captioned matter, the Court will set a new schedule regarding Plaintiffs'
6 | Motion for Leave to Amend, which was initially heard on September 19, 2005.

IT IS SO ORDERED.

Dated:

_____
HONORABLE MARILYN H. PATEL
United States District Court Judge

-2-

SCHNEIDER & WALLACE

[proposed] Order Re Plaintiffs' Request For Additional Time For Filing of Amended Complaint
*Jaulus v. San Rafael City Schools*, No. CV 04-03992 (MHP)