1 | Guy B. Wallace, State Bar No. 176151
2 | SCHNEIDER & WALLACE
  | 180 Montgomery Street, Suite 2000
3 | San Francisco, CA 94104
  | Telephone:  (415) 421-7100
4 | Facsimile:  (415) 421-7105
  | TTY: (415) 421-1655
5 |
6 | Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAULUS, by his guardian ad litem; and JOANNE JAULUS,<br><br>            Plaintiffs,<br><br>v.<br><br>SAN RAFAEL CITY SCHOOLS ("DISTRICT"); LAURA D. ALVARENGA, in her official capacity as SUPERINTENDENT; et al.<br><br>            Defendants. | No. C-04-3992; C-05-00662 MHP<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

---

SCHNEIDER & WALLACE

Jaulus v. San Rafael City Schools, et. al., C-04-3992; C-05-00662 MHP
[proposed] Order Granting Motion to Withdraw as Counsel

**ORDER**

Having considered the Motion to Withdraw as Counsel filed by Schneider & Wallace, counsel of record in the above-captioned matters, and having considered the papers filed in support of the Motion to Withdraw as Counsel, and GOOD CAUSE APPEARING therefore, the Court hereby **GRANTS** the Motion to Withdraw as Counsel.

IT IS SO ORDERED.

Dated: ~~June~~ July 25, 2006



IT IS SO ORDERED
Judge Marilyn H. Patel

-1-

*Jaulus v. San Rafael City Schools, et. al.*, C-04-3992; C-05-00662 MHP
[proposed] Order Granting Motion to Withdraw as Counsel

SCHNEIDER & WALLACE