LOUIS A. LEONE, ESQ. (CSB #0099874)
KATHLEEN DARMAGNAC, ESQ. (CSB #150843)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:     (925) 974-8601

Attorneys for Defendants,
SAN RAFAEL CITY SCHOOLS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE JAULUS, as Guardian ad Litem of DAVID JAULUS, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>SAN RAFAEL CITY SCHOOLS ("SRCS" or "the DISTRICT"); ET AL.,<br><br>Defendants. | **Case No.:   C04-3992-**<br>**                    C05-0662 MHP**<br><br>[PROPOSED] **ORDER EXTINGUISHING LIENS**<br><br>**Date:         November 3, 2006**<br>**Time:         2:00 p.m.**<br>**Location:   Courtroom 15**<br>**                    18th   Floor**<br><br>**Honorable Marilyn H. Patel** |

On November 3, 2006, the Court held a hearing pursuant to defendants' Court Mandated Notice of Hearing on Liens at 2:00 p.m. in Courtroom 15 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Marilyn H. Patel presiding, William Koski appearing as counsel for plaintiff David Jaulus by and through his guardian-ad-litem Ron Guitterez, Kathleen Darmagnac and Tracy Tibbals appearing as counsel for defendant San Rafael City Schools.  The Court having reviewed all pertinent records, determines as follows:

---

**Jaulus v. San Rafael City Schools, Case No. 04-3992, AND Case No. 05-0662 MHP**
**ORDER EXTINGUISHING LIENS**                                                                                                    1

     (1) On October 17, 2006, defendants filed a Court-Mandated Notice of Hearing Re: Liens, scheduling the hearing on November 3, 2006 at 2:00 p.m. before this Court.  The Court confirmed that said notice was served by hand on the attorneys listed in the notice and by mail on all counsel of record on October 17, 2006;

     (2)  The Court acknowledged that attorney Guy Wallace filed a letter with the Court stating he and his firm do not seek attorneys' fees or costs in this matter; and

     (3)  The Court found that no other filings or claims have been received from other counsel, and no parties appearing at the hearing made lien claims in the above-captioned matter.

     Thus, having considered the above-record, and GOOD CAUSE APPEARING THEREFORE, the Court deems that there are no valid liens before the Court, and therefore any and all existing liens are hereby EXTINGUISHED.

     The Court's bench order is deemed incorporated herein.

**IT IS SO ORDERED.**

Dated:  November __8__, 2006



_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

---

**Jaulus v. San Rafael City Schools, Case No. 04-3992, AND Case No. 05-0662 MHP**
**ORDER EXTINGUISHING LIENS**                                                    2