William S. Koski (SBN 166061)
STANFORD LEGAL CLINIC
YOUTH & EDUCATION LAW PROJECT
559 Nathan Abbott Way
Stanford, California 94305
Telephone: (650) 724-3718
Email: bkoski@stanford.edu

*Attorneys for Plaintiff David Jaulus*

Kathleen Darmagnac (SBN 150843)
STUBBS & LEONE
2175 N. California Blvd., Suite 900
Walnut Creek, California 94596
Telephone: (925) 974-8600
Email: darmagnack@stubbsleone.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAULUS, by and through his guardian *ad litem*, and JOANNE JAULUS,<br><br>  Plaintiffs,<br> v.<br><br>SAN RAFAEL CITY SCHOOLS, LAURA D. ALVARANGA, in her official capacity as SUPERINTENDENT; JON LOBERG, in his official capacity as PRESIDENT of the SCHOOL BOARD; JENNY CALLAWAY, in her official capacity as VICE PRESIDENT of the SCHOOL BOARD; NORMAN HERING, GREG KNELL, and NATU TUATAGOLOA, in their official capacities as members of the SCHOOL BOARD, and DEBORAH DALY, in her personal and official capacity as DIRECTOR OF SPECIAL EDUCATION,<br><br>  Defendants. | Case Nos: C-04-03992 MHP, C-05-662 MHP<br><br>[PROPOSED] **ORDER APPROVING SETTLEMENT AGREEMENT WITH CONTINUING JURISDICTION OF THE COURT**<br><br>Hearing: November 27, 2006<br>Time: 3:00 P.M.<br>Dept: Courtroom 15, 18th Floor<br>Before: Hon. Marilyn Hall Patel |

1     Having read and considered the "Joint Notice of Settlement Agreement" submitted by the
2 parties, the Settlement Agreement with Continuing Jurisdiction of the Court and supporting
3 papers, and based upon the Court's lengthy experience with this case,
4     IT IS HEREBY ORDERED THAT the Settlement Agreement with Continuing
5 Jurisdiction of the Court is approved by the Court as an Order of the Court. Accordingly, the
6 Court hereby enters the Settlement Agreement with Continuing Jurisdiction of the Court as a
7 final order of the Court that shall be enforced as an order of the Court.
8     IT IS SO ORDERED.

Dated: _____November 24_____, 2006

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE